# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL NO. 4:14-CR-00140-ALM-AGD |
| | § |
| LARRY DWAYNE RUDD (1) | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. The Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #283) that allegations one, three, and four of the petition for a warrant be dismissed; that, based on allegations two, five, and six of the petition, Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of ten (10) months, to run consecutively to the term of imprisonment associated with case number 25-080415 in Wichita County, Texas, with two (2) years of supervised release to follow, all prior conditions imposed; and that Defendant be placed at FCI Fort Worth in Fort Worth, Texas, if appropriate.

Having received the Report of the United States Magistrate Judge and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #282), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, allegations one, three, and four are hereby dismissed; Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of ten (10) months, to run consecutively to the term of imprisonment associated with case number

25-080415 in Wichita County, Texas, with two (2) years of supervised release to follow; all prior conditions imposed in the original judgment are reimposed here; and the Court hereby recommends Defendant be placed at FCI Fort Worth in Fort Worth, Texas, if appropriate.

**IT IS SO ORDERED.**

SIGNED this 22nd day of September, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE